*E-Filed 1/4/16*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RODNEY J. SMITH, | No. C 14-5062 RS (PR) |
| Petitioner, | **ORDER: REQUEST FOR FURTHER BRIEFING FROM RESPONDENT** |
| v. | |
| JEFFREY BEARD, | |
| Respondent. | |

Respondent moved to dismiss as unexhausted the present habeas petition. (Docket No. 4.) The Court granted the motion in part, denied it in part, and asked petitioner to respond to the order. (Docket No. 6.) Petitioner filed a response. (Docket No. 7.)

The Court asks respondent to respond to petitioner's filing. Any such response shall be filed on or before March 1, 2016. If respondent declines to respond, the Court will then issue an order based on the present filings.

**IT IS SO ORDERED**.

DATED: January 4, 2016

RICHARD SEEBORG
United States District Judge